# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

LQD BUSINESS FINANCE INC.,

Plaintiff(s),

v.

AZIZUDDIN ROSE and
AKF, INC. d/b/a Fundkite,

Defendant(s).

Case No. 19 C 4416
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The Court directs the Clerk to enter judgment as follows. (1) On plaintiff LQD Business Finance, LLC's third amended complaint: (a) on Counts 1 and 2 (Defend Trade Secrets Act and Illinois Trade Secrets Act), in favor of defendant Rose and against plaintiff LQD; (b) on Count 3 (unjust enrichment), in favor of plaintiff LQD against defendant Rose and in favor of defendant AKF, Inc. against plaintiff LQD; (c) on Count 5 (breach of fiduciary duty), in favor of plaintiff LQD against defendant Rose; (d) on Count 6 (Computer Fraud and Abuse Act), in favor of defendant Rose against plaintiff LQD; (e) on Count 7 (breach of contract), in favor of defendant Rose against plaintiff LQD; (f) on Count 9 (aiding and abetting breach of fiduciary duty), in favor of defendant AKF against plaintiff LQD; and (g) on all other claims, in favor of defendants and against plaintiff LQD; (2) On defendant Azizuddin Rose's second amended counterclaim, in favor of LQD Business Finance, LLC and George Souri on all claims; (3) Awarding relief to plaintiff LQD as follows: damages of $50,950 against defendant Rose, and imposing a constructive trust in favor of LQD upon the $78,000 held by defendant AKF, representing the commission on the TGC transaction that rightfully is the property of LQD.

This action was *(check one)*:

ILND 450 (Rev. 10/13): Judgment in a Civil Action

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion

Date:  6/21/2023                              Thomas G. Bruton, Clerk of Court

                                              Melissa Astell , Deputy Clerk