# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

May 7, 2024

*By the Court*:

| No. 23-2356 | LQD BUSINESS FINANCE, LLC,<br>Plaintiff - Appellant<br><br>v.<br><br>AZIZUDDIN ROSE, an individual and AKF, INC, doing business as FUNDKITE, et al.,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:19-cv-04416<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

Upon consideration of the **MOTION TO VOLUNTARILY WITHDRAW THE APPEAL**, filed on May 6, 2024, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**     (form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit