# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

**ORDER**

October 15, 2024

*By the Court:*

| No. 24-1071 | LQD BUSINESS FINANCE, LLC, <br> Plaintiff - Appellee <br><br> v. <br><br> FUNDKITE, LLC, et al., <br> Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-04416 <br> Northern District of Illinois, Eastern Division <br> District Judge Matthew F. Kennelly ||

Upon consideration of the **AGREED MOTION TO DISMISS APPEAL PURSUANT TO F.R.A.P. 42 OF DEFENDANTS-APPELLANTS YELLOWSTONE CAPITAL, LLC, FUNDKITE, LLC AND WORLD GLOBAL CAPITAL, LLC**, filed on October 14, 2024, by counsel for the appellants,

**IT IS ORDERED** that this appeal is **DISMISSED**, in accordance with Federal Rule of Appellate Procedure 42(b), only as to appellants Fundkite, LLC, World Global Capital, LLC, and Yellowstone Capital, LLC. This appeal remains active as to the remaining parties.

form name: **c7_Order_BTC**   (form ID: **178**)