# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

March 17, 2025

Before

MICHAEL B. BRENNAN, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 24-1071 | LQD BUSINESS FINANCE, LLC, <br><br> Plaintiff - Appellee <br><br> v. <br><br> AKF, INC., et al., <br><br> Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:19-cv-04416 <br> Northern District of Illinois, Eastern Division <br> District Judge Matthew F. Kennelly ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

*[signature]*

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)